File No. 802534

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF THE STATE OF NEW YORK

| | |
|---|---|
| E.L. HOLLINGSWORTH & CO., | |
| Plaintiff, | Civil Action No. 10-cv-840-GLS-RFT |
| vs. | STIPULATION OF DISCONTINUANCE WITH PREJUDICE |
| ROBERTS TOWING & RECOVERY SPECIALISTS, | |
| Defendant | |

It is hereby stipulated and agreed that the above-entitled action having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

IT IS FURTHER HEREBY STIPULATED AND AGREED that facsimile copies of this Stipulation executed in counterparts shall be treated as an originals.

| STOCKLI SLEVIN & PETERS, LLP | RAWLE & HENDERSON, LLP |
|---|---|
| _[signature]_ | _[signature]_ |
| John D. Hoggan, Jr., Esquire | Jeffrey M. Segal, Esquire |
| 90 State Street | 14 Wall Street, 27th Floor |
| Albany, NY 12207 | New York, NY 10005 |
| Attorney for Defendant Roberts Towing & Recovery Specialists | Attorney for Plaintiff E.L. Hollingsworth & Co. |
| Dated: 1/20/11 | Dated: 2/16/11 |

4264852-1

SO ORDERED: _[signature]_
3/31/11